# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ZYXEL COMMUNICATIONS INC. and<br>ZYXEL COMMUNICATIONS<br>CORPORATION,<br><br>　　　　　　　Defendants. | C.A. No. 13-cv-02013 (RGA)<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Yitai Hu, Elizabeth H. Rader, and Tsai-Yu (April) Chen of the law firm ALSTON & BIRD to represent Defendant ZyXEL Communications Inc. in this matter.

Dated: February 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth L. Dorsney*
　　　　　　　　　　　　　　　　　　　　　Kenneth L. Dorsney (#3726)
　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-1494
　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　kdorsney@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　*ZyXEL Communications Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and Maryland as well as the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   February 4, 2014         Signed: _____
                                 Yitai Hu, Esq.
                                 ALSTON & BIRD
                                 275 Middlefield Road, Suite 150
                                 Menlo Park, CA 94025
                                 (650) 838-2020
                                 yitai.hu@alston.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 5, 2014

Signed: *Elizabeth H. Rader*
Elizabeth H. Rader, Esq.
ALSTON & BIRD
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
(650) 838-2008
elizabeth.rader@alston.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: February 4, 2014        Signed: _____
                                  Tsai-Yu (April) Chen, Esq.
                                  ALSTON & BIRD
                                  275 Middlefield Road, Suite 150
                                  Menlo Park, CA 94025
                                  (650) 838-2093
                                  april.chen@alston.com