# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-cv-2013-RGA |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ZYXEL COMMUNICATIONS, INC. | ) | |
| and | ) | |
| ZYXEL COMMUNICATIONS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF TQ DELTA, LLC'S MOTION TO DISMISS THE COUNTERCLAIMS OF DEFENDANT ZYXEL COMMUNICATIONS, INC.

Plaintiff TQ Delta, LLC ("TQD") respectfully moves the Court pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss with prejudice both counterclaims from Defendant Zyxel Communications, Inc.'s ("ZyXEL") Answer, Affirmative Defenses And Counterclaims To Plaintiff's Complaint For Patent Infringement. The specific grounds for this motion are set forth in the concurrently-filed opening brief.

DATED: February 24, 2014                     Respectfully submitted,

                                             FARNAN LLP

                                              /s/ Brian E. Farnan
                                             Brian E. Farnan (Bar No. 4089)
                                             Michael J. Farnan (Bar No. 5165)
                                             919 North Market Street, 12th Floor
                                             Wilmington, Delaware 19801
                                             (302) 777-0300
                                             (302) 777-0301 (Fax)
                                             bfarnan@farnanlaw.com
                                             mfarnan@farnanlaw.com

                                             Peter J. McAndrews (admitted pro hac vice)
                                             Timothy J. Malloy (admitted pro hac vice)

Thomas J. Wimbiscus (admitted pro hac vice)
Sharon A. Hwang (admitted pro hac vice)
Paul W. McAndrews (admitted pro hac vice)
Anna M. Targowska (admitted pro hac vice)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000
(312) 775-8100 (Fax)
pmcandrews@mcandrews-ip.com

Counsel for Plaintiff TQ Delta, LLC