IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA LLC, | : |
|        Plaintiff, | : |
| v. | :   Civil Action No. 13-2013-RGA |
| ZYXEL COMMUNICATIONS INC., et al., | : |
|        Defendants. | : |

**ORDER**

Plaintiff has filed a motion to dismiss the breach of contract and declaratory judgment counterclaims of the defendants. (D.I. 26).

On the breach of contract claims, Defendants sufficiently allege that they are the third-party beneficiaries of a contract between Plaintiff and a standards-setting body, that Plaintiff breached the contract by – at a minimum – not engaging in good faith[1] negotiations over a license before suing the Defendants, and that Defendants have been harmed. Thus, the motion to dismiss the contract claims is denied.

On the declaratory judgment claims, I do not believe that I have subject matter jurisdiction, essentially for the reasons explained in *Interdigital v. ZTE*, No. 13-09-RGA, D.I. 269, pp. 3-6 (D.Del. May 28, 2014). Thus, the motion to dismiss the declaratory judgment claims is granted.

For the reasons stated, then, the motion to dismiss (D.I. 26) is **GRANTED IN PART**

---

[1] One of the facts alleged (by both sides) is that an ultimatum was presented by Plaintiff to Defendants on Monday, November 25, 2013, with a decision demanded by Friday (*i.e.,* the Friday after Thanksgiving), November 29, 2013. (*See, e.g.,* D.I. 18, p.5, ¶10). A jury could reasonably conclude that this was a bad faith demand.

**AND DENIED IN PART**.

IT IS SO ORDERED this 8th day of July 2014.

_____
United States District Judge