# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, <br>     Plaintiff, <br> v. <br><br> 2WIRE, INC., <br>     Defendant. | C.A. No. 13-cv-1835-RGA <br><br> **JURY TRIAL DEMANDED** |
| TQ DELTA, LLC, <br>     Plaintiff, <br> v. <br><br> ZHONE TECHNOLOGIES, INC., <br>     Defendant. | C.A. No. 13-cv-1836-RGA |
| TQ DELTA, LLC, <br>     Plaintiff, <br> v. <br><br> ZYXEL COMMUNICATIONS, INC. and ZYXEL COMMUNICATIONS CORPORATION, <br>     Defendant. | C.A. No. 13-cv-2013-RGA |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff TQ Delta, LLC ("TQ Delta") will serve the attached subpoena *duces tecum* on Aware, Inc. A copy of the subpoena to be served is attached hereto as Exhibit A.

Dated: November 6, 2014

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301 (Fax)

bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Peter J. McAndrews (admitted *pro hac vice*)
Timothy J. Malloy (admitted *pro hac vice*)
Thomas J. Wimbiscus (admitted *pro hac vice*)
Sharon A. Hwang (admitted *pro hac vice*)
Paul W. McAndrews (admitted *pro hac vice*)
Anna M. Targowska (admitted *pro hac vice*)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000
(312) 775-8100 (Fax)
pmcandrews@mcandrews-ip.com

*Counsel for Plaintiff TQ Delta, LLC*