IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No.  13-cv-2013-RGA |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| ZYXEL COMMUNICATIONS, INC. ) | |
| and ) | |
| ZYXEL COMMUNICATIONS ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER COMPELLING THE PRODUCTION OF THIRD PARTY DOCUMENTS AND INFORMATION

Having read and considered Plaintiff TQ Delta, LLC's ("TQ Delta") February 19, 2015 letter requesting an order compelling Defendants ZyXEL Communications, Inc. and ZyXEL Communications Corp. (collectively "ZyXEL") to produce materials withheld on the basis of third party confidentiality concerns, and having previously entered (1) a protective order (D.I. 55) that applies to third-party documents, and (2) a scheduling order (D.I. 23) that required Defendants to serve core technical documents related to the accused products in Defendants' possession, custody or control, the Court GRANTS the request and HEREBY ORDERS as follows:

ZyXEL shall within two weeks of entry of this Order: (1) produce all core technical documents and information in their possession, custody, or control, ~~including without limitation, those core technical documents~~ originating from chip-supplier Lantiq Deutschland GmbH (and/or its affiliates); ~~(2) produce other responsive documents and information withheld by ZyXEL on the basis of confidentiality;~~ and (2) certify that ZyXEL has complied with this Order.

**IS IT SO ORDERED.**

Date: Feb. 23, 2015

*[signature]*
The Honorable Richard G. Andrews