THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ZYXEL COMMUNICATIONS, INC.<br>and ZYXEL COMMUNICATIONS<br>CORPORATION,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 13-2013-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Amanda Tessar of Perkins Coie LLP to represent nonparty Broadcom Corporation in this matter for the special, limited and sole purpose of protecting nonparty Broadcom's highly confidential technical documents, which are the subject of a request to compel brought by Plaintiff TQ Delta LLC against Defendants Zyxel Communications, Inc. and Zyxel Communications Corporation (*See* D.I. 89; D.I. 90).

 

/s/ Christine D. Haynes
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7508
haynes@rlf.com

*Attorney for Nonparty Broadcom Corporation*

Dated: August 26, 2015

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_/s/ A. Tessar_
Amanda Tessar
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
(303) 291-2300
ATessar@perkinscoie.com

DATE: August 26, 2015