**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TQ DELTA, LLC,                )<br>            Plaintiff,       )<br>v.                                     )<br>                                        )<br>2WIRE, INC.,                  )<br>            Defendant.     )<br>_____   )<br>TQ DELTA, LLC,                )<br>            Plaintiff,       )<br>v.                                     )<br>                                        )<br>                                        )<br>ZHONE TECHNOLOGIES, INC., )<br>            Defendant.     )<br>_____   )<br>                                        )<br>TQ DELTA, LLC,                )<br>            Plaintiff,       )<br>v.                                     )<br>                                        )<br>ZYXEL COMMUNICATIONS, INC. )<br>and ZYXEL COMMUNICATIONS )<br>CORPORATION,             )<br>                                        )<br>            Defendants.   )  | C.A. No. 13-cv-1835-RGA<br><br>**JURY TRIAL DEMANDED**<br><br><br><br><br>C.A. No. 13-cv-1836-RGA<br><br><br><br><br><br>C.A. No. 13-cv-2013-RGA |

**PLANTIFF'S MOTION FOR CLARIFICATION REGARDING ALLEGATIONS OF A
LAW FIRM CONFLICT OF INTEREST**

Plaintiff TQ Delta, LLC respectfully moves the Court for an order confirming that

McAndrews, Held & Malloy, Ltd. may continue to represent TQ Delta, LLC adverse to

Broadcom.[1]

The specific grounds for this motion are set forth in the concurrently-filed opening brief.

---

[1] Counsel for TQ Delta, LLC notified counsel for Broadcom of its intent to file this Motion. Broadcom has stated that it will oppose this Motion.

-2-

| | |
|---|---|
| DATED: January 26, 2016 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Peter J. McAndrews (admitted *pro hac vice*)<br>Timothy J. Malloy (admitted *pro hac vice*)<br>Thomas J. Wimbiscus (admitted *pro hac vice*)<br>Sharon A. Hwang (admitted *pro hac vice*)<br>Paul W. McAndrews (admitted *pro hac vice*)<br>Anna M. Targowska (admitted *pro hac vice*)<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street, 34th Floor<br>Chicago, Illinois 60661<br>(312) 775-8000<br>(312) 775-8100 (Fax)<br>pmcandrews@mcandrews-ip.com<br><br>*Counsel for Plaintiff TQ Delta, LLC* |