### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>   Plaintiff,<br><br>v.<br><br>2WIRE INC.,<br>   Defendants. | C.A. No. 13-cv-01835-RGA<br><br>**JURY TRIAL DEMAND** |
| TQ DELTA, LLC,<br>   Plaintiff,<br><br>v.<br><br>ZHONE TECHNOLOGIES INC.,<br>   Defendants. | C.A. No. 13-cv-01836-RGA |
| TQ DELTA, LLC,<br>   Plaintiff,<br><br>v.<br><br>ZYXEL COMMUNICATIONS INC. and<br>ZYXEL COMMUNICATIONS<br>CORPORATION,<br>   Defendants. | C.A. No. 13-cv-02013-RGA |

### [PROPOSED] ORDER

WHEREAS, non party Broadcom Corporation having moved to intervene, and good cause having been shown,

IT IS HEREBY ORDERED this _10_ day of _Feb_____, 2016, that the motion is GRANTED. Broadcom may intervene for the limited purposes of responding to Plaintiff's Motion for Clarification Regarding Allegations of a Law Firm Conflict of Interest (D.I. 133) and cross-moving for the disqualification of McAndrews, Held & Malloy, Ltd. ("McAndrews") as counsel to Plaintiff TQ Delta, LLC.

                _/s/ Richard G. Andrews_
                UNITED STATES DISTRICT JUDGE

RLF1 13858286v.1