**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>          Plaintiff,<br>     v.<br><br>ZHONE TECHNOLOGIES, INC.,<br><br>          Defendant. | C.A. No. 13-cv-1836-RGA |
| TQ DELTA, LLC,<br><br>          Plaintiff,<br>     v.<br><br>ZYXEL COMMUNICATIONS, INC.<br>and<br>ZYXEL COMMUNICATIONS<br>CORPORATION,<br><br>          Defendants. | C.A. No. 13-cv-2013-RGA |
| TQ DELTA, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ADTRAN, INC.,<br><br>          Defendant. | C.A. No.   14-cv-954-RGA |
| ADTRAN, INC.,<br><br>          Plaintiff/Counterclaim<br>          Defendant,<br><br>     v.<br><br>TQ DELTA, LLC,<br><br>          Defendant/Counterclaim<br>          Plaintiff. | C.A. No.   15-cv-121-RGA |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the parties agree to the entry of the protective order attached as Exhibit A.

Dated:   June 7, 2016                              Respectfully submitted,

FARNAN LLP                                         SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ Michael J. Farnan*                            */s/ James S. Green, Sr.*
Michael J. Farnan (#5165)                          James S. Green, Sr. (#481)
Brian E. Farnan  (#4089)                           Jared T. Green (#5179)
919 North Market Street, 12th Floor                222 Delaware Avenue, Suite 1500
Wilmington, DE  19801                              Wilmington, DE  19801
(302) 777-0300                                     (302) 888-0600
(302) 777-0301 (Fax)                               (302) 888-0606
mfarnan@farnanlaw.com                              jgreen@svglaw.com
bfarnan@farnanlaw.com                              jtgreen@svglaw.com
*Attorneys for Plaintiff TQ Delta, LLC*            *Attorneys for Defendant Zhone Technologies, Inc.*

                                                   MORRIS JAMES LLP

                                                   */s/ Kenneth L. Dorsney*
                                                   Kenneth L. Dorsney (#3726)
                                                   500 Delaware Avenue, Suite 1500
                                                   Wilmington, DE  19801
                                                   (302) 888-6800
                                                   (302) 571-1750
                                                   kdorsney@morrisjames.com
                                                   *Attorneys for Defendants ZyXEL Communications, Inc., ZyXEL Communications Corporation, and ADTRAN, Inc.*

        IT IS SO ORDERED, this _____ day of June, 2016.


                          _____
                          The Honorable Richard G. Andrews