

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

December 5, 2017

**VIA EFILING AND HAND DELIVERY**
The Honorable Richard G. Andrews
USDC for the District of Delaware
844 North King Street, Unit 9, Room 6325
Wilmington, DE  19801

      Re:    *TQ Delta LLC v. 2Wire, Inc., et al.,*
             <u>C.A. Nos. 13-cv-1835, 13-cv-2013, 14-cv-954, 15-cv-121 (RGA)</u>

Dear Judge Andrews:

      I write on behalf of the Defendants to request that the Court reschedule the Claim Construction Hearing on the Family 5 patents currently scheduled for Friday, December 8, 2017 before Your Honor.  Defendant Zhone was responsible for the December 8th argument but has now settled.  Plaintiff TQ Delta does not oppose re-scheduling the hearing for the Family 5 patents.  The parties are discussing scheduling in view of this settlement and will attempt to file an agreed proposal shortly.  If the parties cannot reach agreement, we will approach the Court for assistance.

                                        Respectfully submitted,

                                        */s/ Kenneth L. Dorsney*

                                        Kenneth L. Dorsney (I.D. #3726)
                                        *kdorsney@morrisjames.com*

KLD/kjh
cc: All counsel of record (via CM/ECF and electronic mail)