IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| TQ DELTA LLC, | | : | |
| | Plaintiff, | : | |
| v. | | : | Civil Action No. 13-1835-RGA |
| PACE PLC, et al., | | : | |
| | Defendants. | : | |

| | | | |
|---|---|---|---|
| TQ DELTA LLC, | | : | |
| | Plaintiff, | : | |
| v. | | : | Civil Action No. 13-2013-RGA |
| ZYXEL COMMUNICATIONS INC., et al., | | : | |
| | Defendants. | : | |

| | | | |
|---|---|---|---|
| TQ DELTA LLC, | | : | |
| | Plaintiff, | : | |
| v. | | : | Civil Action No. 14-954-RGA |
| ADTRAN, INC., | | : | |
| | Defendant. | : | |

| | | | |
|---|---|---|---|
| ADTRAN, INC., | | : | |
| | Plaintiff, | : | |
| v. | | : | Civil Action No. 15-121-RGA |
| TQ DELTA, LLC, | | : | |
| | Defendant. | : | |

## INTERIM SCHEDULING ORDER

I have considered the scheduling letters. (No. 13-1835, D.I. 440, 441; No. 14-954, D.I. 278; No. 13-2013, D.I. 421). I cannot resolve all the disputes right now, but I can resolve some.

1. I am not going to extend the date for amendment of pleadings, which passed long before the reasons arose which are now the basis for extending the schedule.

2. I am going to adopt the proposed schedule for completing claim construction, as set forth in D.I. 440-1, ¶ 11, except that the Family 5 hearing will be January 10, 2018 at 9:00 a.m.; the Family 10 hearing will be February 27, 2018 at 9:00 a.m.; and the Family 6 hearing will be March 23, 2018, at 8:30 a.m.

IT IS SO ORDERED this 14 day of December 2017.

United States District Judge