**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>        Plaintiff,<br>    v.<br><br>2WIRE, INC.,<br><br>        Defendant. | C.A. No. 13-cv-1835-RGA |
| TQ DELTA, LLC,<br><br>        Plaintiff,<br>    v.<br><br>ZYXEL COMMUNICATIONS, INC.<br>and<br>ZYXEL COMMUNICATIONS<br>CORPORATION,<br><br>        Defendants. | C.A. No. 13-cv-2013-RGA |
| TQ DELTA, LLC,<br><br>        Plaintiff,<br>    v.<br><br>ADTRAN, INC.,<br><br>        Defendant. | C.A. No. 14-cv-954-RGA |
| ADTRAN, INC.,<br><br>        Plaintiff,<br>    v.<br><br>TQ DELTA, LLC,<br><br>        Defendant. | C.A. No. 15-cv-121-RGA |

**STIPULATION REGARDING FAMILY 6 JOINT CLAIM CONSTRUCTION BRIEF**

The parties hereby agree, subject to the approval of the Court, that the deadline to file the Family 6 Joint Claim Construction brief is extended to January 8, 2018.

| | |
|---|---|
| Dated:  January 5, 2018 | Respectfully submitted, |
| FARNAN LLP | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Michael J. Farnan*<br>Brian E. Farnan  (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>*Attorneys for Plaintiff TQ Delta, LLC* | */s/ Jody Barillare*<br>Colm F. Connolly (#3151)<br>Jody Barillare (#5107)<br>The Nemours Building<br>1007 N. Orange Street, Suite 501<br>Wilmington, DE  19801<br>(302) 574-7290<br>(302) 574-3001<br>cconnolly@morganlewis.com<br>*Attorneys for Defendants Pace PLC and 2Wire, Inc.* |
| | MORRIS JAMES LLP |
| | */s/ Kenneth L. Dorsney*<br>Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>(302) 888-6800<br>(302) 571-1750<br>kdorsney@morrisjames.com<br>*Attorneys for Defendants ZyXEL Communications, Inc., ZyXEL Communications Corporation, and ADTRAN, Inc.* |

IT IS SO ORDERED, this _____ day of January, 2018.

_____
  The Honorable Richard G. Andrews