

Kenneth L. Dorsney<br>
302.888.6855<br>
kdorsney@morrisjames.com

May 16, 2019

**VIA CM/ECF & HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE  19801-3555

Re:   *TQ Delta, LLC v. ZyXEL Communications Inc. et al*, C.A. No. 13-2013-RGA

Dear Judge Andrews:

The parties write to respectfully request that the following dates for the pretrial conference and trial with regard to Family 7 and Family 8 be removed from the Court's calendar in view of the parties' settlement in principle:

| Family | Pretrial Conference | Jury Trial |
|:---:|:---:|:---:|
| 7 | June 14, 2019 | June 24, 2019 |
| 8 | August 30, 2019 | September 9, 2019 |

We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
kdorsney@morrisjames.com

cc: All counsel of record (via CM/ECF and electronic mail)