IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>              Plaintiff,<br>     v.<br><br>ZYXEL COMMUNICATIONS, INC. and ZYXEL COMMUNICATIONS CORPORATION,<br><br>              Defendants. | C.A. No. 13-cv-2013-RGA |

## STIPULATION REGARDING CASE SCHEDULE

The parties hereby agree, subject to the approval of the Court, to extend certain deadlines for Family 6 as follows: deadline for opening expert reports is extended from August 22, 2019 to September 3, 2019; deadline for rebuttal expert reports is extended from September 20, 2019 to September 30, 2019; deadline for reply expert reports is extended from October 11, 2019 to October 18, 2019; deadline for the completion of expert depositions is extended from October 25, 2019 to November 1, 2019; and deadline for filing dispositive and Daubert motions is extended from November 8, 2019 to November 15, 2019.

| | |
|---|---|
| Dated: August 21, 2019 | Respectfully submitted, |
| FARNAN LLP | MORRIS JAMES LLP |
| /s/ Michael J. Farnan<br>Brian E. Farnan  (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff TQ Delta, LLC* | /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for Defendants ZyXEL Communications, Inc. and ZyXEL Communications Corportation* |

**IT IS SO ORDERED**, this _____ day of August, 2019.

_____
The Honorable Richard G. Andrews

**Error! Unknown document property name.**