# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>       Plaintiff,<br>   v.<br><br>ZYXEL COMMUNICATIONS, INC. and ZYXEL COMMUNICATIONS CORPORATION,<br><br>       Defendants. | C.A. No. 13-cv-2013-RGA |

## STIPULATION REGARDING CASE SCHEDULE

The parties hereby agree, subject to the approval of the Court, to extend the deadline for Family 6 rebuttal expert reports is extended from September 30, 2019 to October 1, 2019.

Dated: September 30, 2019

| | |
|---|---|
| FARNAN LLP | MORRIS JAMES LLP |
| /s/ Michael J. Farnan | /s/ Kenneth L. Dorsney |
| Brian E. Farnan (#4089) | Kenneth L. Dorsney (#3726) |
| Michael J. Farnan (#5165) | 500 Delaware Avenue, Suite 1500 |
| 919 North Market Street, 12th Floor | Wilmington, DE  19801 |
| Wilmington, DE  19801 | (302) 888-6800 |
| (302) 777-0300 | kdorsney@morrisjames.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | *Attorneys for Defendants ZyXEL Communications, Inc. and ZyXEL* |
| *Attorneys for Plaintiff TQ Delta, LLC* | *Communications Corportation* |

**IT IS SO ORDERED**, this _____ day of October, 2019.

_____
The Honorable Richard G. Andrews